### 16807. HEDGEPATH *v.* BOBO.

LUKE, J. The plaintiff sought to recover damages for an alleged malicious prosecution. Upon the conclusion of his testimony the court properly granted a nonsuit. See, in this connection, *Hicks* v. *Brantley*, 102 *Ga.* 264 (29 S. E. 459).

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED DECEMBER 15, 1925.

Action for damages; from Floyd superior court—Judge Wright. August 16, 1925.

*M. B. Eubanks,* for plaintiff.

*Willingham, Wright & Covington,* for defendant.